IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02442-WYD-MJW

JOEL HUGHES,

    Plaintiff,

v.

DENVER POLICE OFFICER WESLEY KVASNICKA and
THE CITY AND COUNTY OF DENVER, Jointly and Severally

    Defendant.

---

*Order Re:*
OUT OF TIME UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER COMPLAINT
( Docket No. 16 )

---

This matter coming to be heard on Defendant Denver Police Officer Wesley Kvasnicka's Out of Time Unopposed Motion for Extension of Time to Answer Complaint, due notice having been given, the Court being duly advised on the premises,

IT IS HEREBY ORDERED: Defendant's motion is granted. Defendants shall have through and including ~~March 28~~ April 13, 2012 to answer or otherwise plead to the Complaint.

Dated: March 12, 2012

ENTRED BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO