IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02442-WYD-MJW

JOEL HUGHES,

Plaintiff(s),

v.

DENVER POLICE OFFICER WESLEY KVASNICKA; and
THE CITY AND COUNTY OF DENVER, Jointly and Severally,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Stipulated Joint Motion for Protective Order (docket no. 27) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 27-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date: August 28, 2012