## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02442-WYD-MJW

JOEL HUGHES,

Plaintiff(s),

v.

DENVER POLICE OFFICER WESLEY KVASNICKA; and
THE CITY AND COUNTY OF DENVER, Jointly and Severally,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's [sic] Unopposed Motion to Amend Scheduling Order (Docket No. 31) is granted.  Accordingly, the Scheduling Order (Docket No. 23) is amended such that the defendants shall have up to and including October 4, 2012, to make their rebuttal expert disclosures.  It is further

ORDERED that the plaintiff shall forthwith provide to defendants medical releases for the records held by plaintiff's experts, Drs. Pehl and Poddar, regarding the plaintiff's treatment.

Date: August 29, 2012