# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  11-cv-02442-WYD-MJW | FTR - Courtroom A-502 |
| **Date:**  September 11, 2012 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| JOEL HUGHES, | Timothy D. Edstrom |
| Plaintiff(s), | |
| v. | |
| WESLEY KVASNICKA, Denver Police Officer, and THE CITY AND COUNTY OF DENVER, Jointly and Severally, | Joseph M. Rivera |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   SHOW  CAUSE  HEARING / MOTION   HEARING
**Court in Session:**   11:08 A.M.
Court calls case.  Appearances of counsel.  Pursuant to the Court's Order [Docket No. 37], Plaintiff also appears in person.

The Court raises Defendants' Motion to Compel Independent Medical Examination Pursuant to Fed.R.Civ.P. 35 [Docket No. **34**, filed September 06, 2012] for argument.  Based upon statements made by plaintiff's counsel and with no objection by plaintiff,

**It is ORDERED:**   Defendants' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION PURSUANT TO  Fed.R.Civ.P. 35 [Docket No. **34**, filed September 06, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff and plaintiff's counsel, with defense counsel,  are directed to go forthwith to the office of defense counsel to execute medical releases.

Discussion is held regarding any possible extensions which may be needed.

Hearing concluded.    **Court in recess:**   11:16 a.m.    Total In-Court Time 00: 08

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.