IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02442-WYD-MJW

JOEL HUGHES,

Plaintiff(s),

v.

DENVER POLICE OFFICER WESLEY KVASNICKA; and
THE CITY AND COUNTY OF DENVER, Jointly and Severally,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Amend the Scheduling Order to Permit the Completion of Plaintiff's Deposition After the Discovery Deadline (docket no. 43) is GRANTED finding good cause shown.  The deadline to complete discovery is extended to November 21, 2012, for the limited purpose of completing Plaintiff's deposition after he supplements his responses to Defendants' discovery.  The Scheduling Order is so amended.

It is FURTHER ORDERED that Plaintiff shall provide to Defendants his supplements to Defendants' discovery on or before November 13, 2012.

Date: November 5, 2012