IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02442-WYD-MJW

JOEL HUGHES,

Plaintiff(s),

v.

DENVER POLICE OFFICER WESLEY KVASNICKA; and
THE CITY AND COUNTY OF DENVER, Jointly and Severally,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Unopposed Motion to Amend the Scheduling Order (ECF #23) to Extend the Deadline for Filing Dispositive Motions (Docket No. 48) is GRANTED as follows.  The Scheduling Order (Docket No. 23) is amended so as to extend the deadline to file dispositive motions up to and including February 11, 2013.

Date: January 11, 2013