# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-02442-WYD-MJW          FTR - Courtroom A-502

**Date:**   February 12, 2013                              Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                                              <u>Counsel</u>

JOEL HUGHES,                                               Timothy D. Edstrom

      Plaintiff(s),

v.

WESLEY KVASNICKA,  Denver Police Officer,  and      Joseph M. Rivera
THE CITY AND COUNTY OF DENVER,
Jointly and Severally,

      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    FINAL  PRETRIAL  CONFERENCE
**Court in Session:**    2:05 p.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding pending motions.
Plaintiff notes he has not nor will he respond to Defendants' Motion for Attorney Fees

**It is ORDERED:**     Defendants' MOTION FOR ATTORNEY FEES [Docket No. **52**, Filed December 26, 2013] is **GRANTED** for reasons as set forth on the record. Payments of $382.50 and $687.50 shall be made by Plaintiff  to defendant City and County of Denver **on or before   MARCH 12, 2013.**

Statements by both counsel regarding Defendant's motion for clarification.  Findings by the Court.

**It is ORDERED:**     Defendants' UNOPPOSED FORTHWITH MOTION SEEKING CLARIFICATION OF MAGISTRATE JUDGE WATANABE'S DECEMBER 12, 2012 MINUTE ORDER (ECF #50) [Docket No. **59**, filed February 07, 2012] is **GRANTED.**

**It is ORDERED:**     Defendants' UNOPPOSED MOTION TO EXTEND THE DEADLINE PURSUANT TO THE COURT'S MINUTE ORDER (ECF #50) FOR FILING DISPOSITVE MOTIONS [Docket No. **61**, filed February 07, 2013] is **GRANTED** for reasons as set forth on the record.  The SCHEDULING ORDER [Docket No. 23, filed April 10, 2012] is thus amended.

                DISPOSITIVE MOTIONS DEADLINE is extended to **MARCH 11, 2013.**

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:      The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

The parties anticipate a four (4) day trial to a jury.

Hearing concluded.
**Court in recess:**   2:21 p.m.
Total In-Court Time 00:16

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.